# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00635-CV

**Elizabeth Chavez, Appellant**

**v.**

**Mario Alberto Alvarez, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT**
**NO. D-1-FM-13-006851, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Elizabeth Chavez has filed a motion to dismiss her appeal of the district court's order terminating her parental rights to her two children, E.A. and U.A. We grant the motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:  November 30, 2016

---

[1]  *See* Tex. R. App. P. 42.1(a)(1).